12304.   COLUMBUS RAILROAD CO. *v.* JOYCE.

HILL, J. When this case was before this court on a previous occasion (25 *Ga. App.* 652, 104 S. E. 21) it was held that the allegations of the petition were sufficient to show a cause of action. On the subsequent trial of the case in the court below, the substantial and material parts of these allegations were sufficiently proved to warrant a verdict for the plaintiff. A careful examination of the motion for a new trial fails to disclose any material error of law in the rulings on testimony, and the charge as a whole presented clearly and fully the issues made by the pleadings and the evidence. There was no error in overruling the motion for a new trial.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED JUNE 6, 1921.

Action for damages; from Muscogee superior court — Judge Munro. January 15, 1921.

*Frank U. Garrard, A. S. Bradley,* for plaintiff in error.

*T. T. Miller,* contra.